

# Missouri Court of Appeals
## Southern District

**AUGUST 26, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No. SD33449

    Re:   HARRY LEE SHAFFER, JR.,
          Movant-Appellant,
          vs.
          STATE OF MISSOURI,
          Respondent-Respondent.